NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAMZY ANDARY and JULIA ELAINE          )
MUSSEN,                                )
                                       )
            Appellants,                )
                                       )
v.                                     )          Case No. 2D20-968
                                       )
GANDY OUTPOST, LLC, a Florida limited  )
liability company,                     )
                                       )
            Appellee.                  )
_____    )

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Linda R. Allan, Judge.

Jennifer A. Englert of The Orlando Law
Group, PL, for Appellant.

Kenneth G.M. Mather and Catherine
Shannon Christie of Gunster, Yoakley &
Stewart, P.A., Tampa, for Appellee.

PER CURIAM.

            Affirmed.

KHOUZAM, C.J., and BLACK, J., and CASE, JAMES R., ASSOCIATE SENIOR
JUDGE, Concur.